UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SYNERGY RESTAURANT GROUP, LLC d/b/a RALLY'S, </br></br>Plaintiff, </br></br>v. </br></br>NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED INSURANCE COMPANY OF AMERICA, </br></br>Defendants. | Case No. 1:20-cv-00190-HAB-SLC |

## INTERIM REPORT OF MEDIATOR

Mediation in this case has been scheduled to take place on Monday, July 25, 2022, commencing at 1:30 p.m. The undersigned will report to this Court thereafter as to whether settlement is achieved. Many thanks for the appointment!

BARRETT McNAGNY LLP

Dated: 6/24/2022

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
(260) 423-9551
E-mail: kkf@barrettlaw.com

Copies to:
John C. Theisen, Esq.
Nathaniel O. Hubley, Esq.
THEISEN & ASSOCIATES, LLC
810 S. Calhoun Street, 2nd Floor
Fort Wayne, IN 46802

Eldin Hasic, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry St., Suite 2400
Fort Wayne, IN 46802

3349421