IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SYNERGY RESTAURANT GROUP, LLC d/b/a RALLY'S,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Case No. 1:20-cv-00190-HAB-SLC<br><br>Judge Holly A. Brady<br>Mag. Judge Susan L. Collins |

**PARTIES' JOINT MOTION FOR 28-DAY EXTENSION
OF DEADLINE TO FILE STIPULATION TO DISMISS**

      The plaintiff, Synergy Restaurant Group, LLC d/b/a Rally's and the defendants, Nationwide Mutual Insurance Company and Allied Insurance Company of America (all together, the "Parties"), by and through their attorneys, pursuant to Local Rule 6(a), move this Court for a 28-day extension to file dismissal papers in this case. Specifically, the Parties update the Court that settlement documents have been agreed and signed, and that the settlement will be processed and paid by late August. The Parties therefore respectfully ask the Court to extend the deadline set in the Court's July 5, 2022 minute order (Dkt. 46) to file dismissal papers by 28 days from the current deadline of August 4, 2022 to September 1, 2022.

      For the foregoing reasons, the Parties respectfully ask this Court to grant this motion and extend the deadline for the Parties to file the stipulation to dismiss in this case from August 4, 2022 to September 1, 2022.

Dated: August 1, 2022

Respectfully submitted,

| THEISEN & ASSOCIATES, LLC | FAEGRE DRINKER BIDDLE & REATH LLP |
|---|---|
| By: */s/ John C. Theisen* <br> John C. Theisen (IN 549-02) <br> 810 South Calhoun Street – Suite 200 <br> Fort Wayne, Indiana 46802 <br> Telephone: (260) 422-4255 <br> Facsimile: (260) 422-4245 <br><br> *Attorneys for Plaintiff* | By: */s/ Eldin Hasic* <br> Eldin Hasic (IN 32627-02) <br> 110 West Berry Street – Suite 2400 <br> Fort Wayne, Indiana 46802 <br> Telephone: (260) 424-8000 <br> Facsimile: (260) 460-1700 <br> eldin.hasic@faegredrinker.com <br><br> Teresa A. Griffin (IN 27130-49) <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, Indiana 46204 <br> Telephone: (317) 237-0300 <br> Facsimile: (317) 237-1000 <br> teresa.griffin@faegredrinker.com <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Eldin Hasic*