IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SYNERGY RESTAURANT GROUP, LLC d/b/a RALLY'S,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED INSURANCE COMPANY OF AMERICA,<br><br>       Defendants. | Case No. 1:20-cv-00190-HAB-SLC<br><br>Judge Holly A. Brady<br>Mag. Judge Susan L. Collins |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against the Defendants shall be dismissed with prejudice. Defendants' counterclaim against Plaintiff shall also be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 10, 2022

| | |
|---|---|
| THEISEN & ASSOCIATES, LLC | FAEGRE DRINKER BIDDLE & REATH LLP |
| By: */s/ John C. Theisen*<br>John C. Theisen (IN 549-02)<br>810 South Calhoun Street – Suite 200<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 422-4255<br>Facsimile: (260) 422-4245<br><br>*Attorneys for Plaintiff* | By: */s/ Eldin Hasic*<br>Eldin Hasic (IN 32627-02)<br>110 West Berry Street – Suite 2400<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-8000<br>Facsimile: (260) 460-1700<br>eldin.hasic@faegredrinker.com<br><br>Teresa A. Griffin (IN 27130-49)<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>teresa.griffin@faegredrinker.com<br><br>*Attorneys for Defendants* |

US.351039312.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Eldin Hasic*